# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Rayshawn Shuler**
        Plaintiff

vs.                            CASE NUMBER: 5:24-cv-641-FJS-ML

**Martin J. O'Malley**
*Commissioner of Social Security*
        Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including an opportunity for a hearing and a new decision.

All of the above pursuant to the order of the Honorable **Frederick J. Scullin, Jr.**, dated September 4, 2024.

DATED: September 4, 2024

*[Signature: John Domurad, Clerk of Court]*

        s/Zachary Cortese
        Zachary Cortese
        Deputy Clerk